489 P.2d 659

**Lee R. DAVIS, d/b/a Sutherland Furniture and Appliance, Respondent,**

v.

**COMMISSIONER OF REVENUE of the State of New Mexico, Petitioner.**

No. 9329.

Supreme Court of New Mexico.

Oct. 6, 1971.

Further ordered that the record in Court of Appeals Cause No. 653, 83 N.M. 152, 489 P.2d 660, be and the same is hereby return-ed to the Clerk of the Court of Appeals.

489 P.2d 659

**In the matter of John W. GURLEY, Attorney at Law.**

No. 9145.

Supreme Court of New Mexico.

Oct. 6, 1971.

This matter coming on for consideration by the Court upon Report of the Board of Commissioners of the State Bar of New Mexico, charging Respondent, John W. Gurley, with unethical and unprofessional conduct in the handling of his office trust account, and including findings of fact and conclusions and recommendations, and Amended Report and Recommendation of the Board of Commissioners, and the Court being sufficiently advised in the premises, and Respondent appearing in person; COMPTON, Chief Justice, and McMANUS and STEPHENSON, Justices, concurring.

Ordered that the Report of Board of Bar Commissioners to the Court of their findings of fact and conclusions and recommendations and the Amended report and recommendation filed herein be and the same are hereby adopted in their entirety.

Further ordered that the Respondent, John W. Gurley, be and he is hereby privately reprimanded for his conduct in the handling of his office trust account, as fully set forth in the Report of Board of Bar Commissioners.

489 P.2d 659

**The MESCALERO APACHE TRIBE, Petitioner,**

v.

**Franklin JONES, Commissioner of the Bureau of Revenue of the State of New Mexico, and the Bureau of Revenue of the State of New Mexico, Respondents.**

No. 9331.

Supreme Court of New Mexico.

Oct. 6, 1971.

Further ordered that the record in Court of Appeals Cause No. 653, 83 N.M. 158, 489 P.2d 666, be and the same is hereby return-ed to the Clerk of the Court of Appeals.